# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., | § § § § § § § § § § § | |
| Plaintiff | | |
| v. | | NO. 6:21-cv-504-ADA-DTG |
| TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., | | |
| Defendants. | | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Andy Legolvan requests permission to withdraw as counsel for Defendants TikTok Inc., TikTok PTE. Ltd., ByteDance Ltd., and ByteDance Inc. ("Defendants"). This motion is based on good cause. Andy Legolvan has left the firm of Paul Hastings LLP. Paul Hastings LLP will continue to represent Defendants.

Plaintiff Beijing Meishe Network Technology Co., Ltd. has no objection to this withdrawal of counsel and will not be harmed by his withdrawal.

Dated: June 10, 2022

Respectfully submitted,

PAUL HASTINGS LLP

By: */s/ Yar R. Chaikovsky*
    Yar R. Chaikovsky
    yarchaikovsky@paulhastings.com
    Philip Ou
    philipou@paulhastings.com
    David Okano
    davidokano@paulhastings.com

1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:    1(650) 320-1800
Facsimile:    1(650) 320-1900

    Jeff Pade (*pro hac vice forthcoming*)
    jeffpade@paulhastings.com

2050 M Street NW
Washington, D.C. 20036
Telephone:    1(202) 551-1700
Facsimile:    1(202) 551-1705

    Andy E. McSwain
    State Bar No. 13861100
    mcswain@thetexasfirm.com
    Dan N. MacLemore
    State Bar No. 24037013
    maclemore@thetexasfirm.com

220 South Fourth Street
Waco, Texas 76701
Telephone: (254) 776-5500
Facsimile: (254) 776-3591

Attorneys for Defendants
TIKTOK INC., TIKTOK PTE. LTD.,
BYTEDANCE LTD., and BYTEDANCE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                         */s/ Yar R. Chaikovsky*
                                         Yar R. Chaikovsky