KORULA T. CHERIAN (Bar No. 133967)
sunnyc@cherianllp.com
ROBERT M. HARKINS (Bar No. 179525)
bobh@cherianllp.com
**CHERIAN LLP**
2001 Addison St, Suite 275
Berkeley, CA 94704
Telephone: (510) 944-0190

STEPHANIE R. WOOD (Bar No. 242572)
stephaniew@cherianllp.com
**CHERIAN LLP**
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
Telephone: (945) 205-0301

THOMAS M. DUNHAM (pro hac vice)
tomd@cherianllp.com
J. MICHAEL WOODS (pro hac vice)
michaelw@cherianllp.com
ADAM A. ALLGOOD (Bar No. 295016)
adama@cherianllp.com
**CHERIAN LLP**
1901 L. St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

Attorneys for Plaintiff BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

BEIJING MEISHE NETWORK TECHNOLOGY CO. LTD.

Plaintiff,

v.

TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., AND BYTEDANCE INC.,

Defendants.

Case No. 23-CV-06012-SI

**DECLARATION OF STEPHANIE R. WOOD IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND TEXAS PROTECTIVE ORDER**

I, Stephanie R. Wood, hereby declare as follows:

1. I am over the age of 18 and competent to testify in this matter.

2. I am an attorney with the law firm Cherian LLP, counsel for Plaintiff Beijing Meishe Network Technology Co., Ltd. I have personal knowledge of the facts contained in this declaration and, if called on to do so, I could and would testify competently to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of Defendants' Supplemental Responses to Plaintiff's First Set of Common Interrogatories (No. 1).

4. Attached hereto as Exhibit B is a true and correct copy of the October 13, 2023 email from David Okano re Source Code.

5. Attached hereto as Exhibit C is a true and correct copy of the September 6, 2023, Boris Lubarsky letter.

6. Attached hereto as Exhibit D is a true and correct copy of the September 11, 2023 email from Michael Woods re Dr. Malek.

7. Attached hereto as Exhibit E is a true and correct copy of the October 2, 2023 email from Michael Woods re Dr. Malek.

8. Attached hereto as Exhibit F is a true and correct copy of the October 10, 2023 email from David Okano re Dr. Malek.

9. Attached hereto as Exhibit G is a true and correct copy of September 28, 2023 Plaintiff Correspondence to Defendants.

10. Attached hereto as Exhibit H is a true and correct copy of September 27, 2023 Defendants' Correspondence.

11. Attached hereto as Exhibit I is a true and correct copy of the October 2, 2023 Defendants' Correspondence.

12. Attached hereto as Exhibit J is a true and correct copy of the October 12, 2023 Declaration of Gregory Kesden.

13. Attached hereto as Exhibit K is a true and correct copy of the curriculum vitae of Gregory Kesden.

Cherian LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704

Cherian LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704

14. Attached hereto as Exhibit L is a true and correct copy of the curriculum vitae of Michael Shamos.

15. Attached hereto as Exhibit M is a true and correct copy of the November 1, 2023 email from David Okano re Source Code Review.

16. Attached hereto as Exhibit N is a true and correct copy of the February 22, 2024 Declaration of Adam Allgood.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd of February 2024, in Tucson, AZ.

By */s/ Stephanie R. Wood*
Stephanie R. Wood