| | |
|---|---|
| Korula T. Cherian (SBN 133697)<br>Robert M. Harkins, Jr. (SBN 179525)<br>CHERIAN LLP<br>2001 Addison St., Suite 275<br>Berkeley, CA 94704<br>Telephone: (510) 944-0190<br>sunnyc@cherianllp.com<br>bobh@cherianllp.com<br><br>Thomas M. Dunham (*pro hac vice*)<br>J. Michael Woods (*pro hac vice*)<br>Adam A. Allgood (SBN 295016)<br>CHERIAN LLP<br>1901 L St. NW, Suite 700<br>Washington, DC 20036<br>(202) 838-1560<br>tomd@cherianllp.com<br>michaelw@cherianllp.com<br>adama@cherianllp.com<br><br>Stephanie R. Wood (SBN 242572)<br>CHERIAN LLP<br>8350 N. Central Expressway<br>Dallas, Texas 75206<br>Phone: 945-205-0301<br><br>*Attorneys for Plaintiff Beijing Meishe Network Technology Co., Ltd.* | WHITE & CASE LLP<br>Yar R. Chaikovsky (175421)<br>yar.chaikovsky@whitecase.com<br>Philip Ou (259896)<br>philip.ou@whitecase.com<br>David T. Okano (278485)<br>david.okano@whitecase.com<br>Radhesh Devendran (318517)<br>radhesh.devendran.com<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>Additional Counsel listed on Signature page<br><br>*Attorneys for Defendants TikTok Inc. et al.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIKTOK INC. ET AL.,<br>　　　　　　Defendants. | Case No. 3:23-cv-06012-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL**<br><br>District Judge: Hon. Susan Illston |

1   Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 7-12, Plaintiff
2   Beijing Meishe Network Technology Co., Ltd. ("Meishe") and Defendants TikTok Inc., TikTok
3   Pte. Ltd., ByteDance Ltd., and ByteDance Inc. (collectively "Defendants") have agreed to the
4   following dismissal of claims and respectfully request the Court to adopt the following Stipulation:
5   WHEREAS, Meishe filed their Second Amended Complaint asserting claims for Unfair
6   Competition By Misappropriation under Texas Law (fourth claim), Unjust Enrichment under Texas
7   law (sixth claim), and Aiding and Abetting a Breach of Fiduciary Duty under Texas law (seventh
8   claim) in the Western District of Texas on August 12, 2021 (*Beijing Meishe Network Tech. Co. Ltd.
9   v. TikTok Inc. et al.*, No. 6:21-cv-00504, Dkt. No. 9);
10  WHEREAS, Defendants were served with the Second Amended Complaint on November
11  12, 2021 (*Beijing Meishe Network Tech. Co. Ltd. v. TikTok Inc. et al.*, No. 6:21-cv-00504, Dkt. Nos.
12  16–19);
13  WHEREAS, Defendants filed a Motion to Dismiss for Failure to State a Claim Under Rule
14  12(b)(6) on March 3, 2022 (Dkt. No. 27);
15  WHEREAS, the Court granted Meishe leave to file a third amended complaint on April 20,
16  2023.
17  WHEREAS, Meishe filed their Third Amended Complaint asserting claims for Unfair
18  Competition By Misappropriation under Texas Law (fourth claim), Unjust Enrichment under Texas
19  law (sixth claim), and Aiding and Abetting a Breach of Fiduciary Duty under Texas law (seventh
20  claim) in the Western District of Texas on August 12, 2021 (Dkt. No. 235);
21  WHEREAS, Defendants filed a Renewed Motion to Dismiss for Failure to State a Claim
22  Under Rule 12(b)(6) on May 4, 2023 (Dkt. No. 247);
23  WHEREAS, Defendants' motion to dismiss remains pending, and Defendants intend to re-
24  file the motion as confirmed at the Case Management Conference held February 23, 2024;
25  WHEREAS, Defendants have not yet filed an answer or motion for summary judgment;
26  WHEREAS, the parties agreed on February 23, 2024 to the dismissal of Meishe's claims for
27  Unfair Competition By Misappropriation under Texas Law (fourth claim), Unjust Enrichment under
28

Texas law (sixth claim), and Aiding and Abetting a Breach of Fiduciary Duty under Texas law (seventh claim) with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and through counsel for the parties that:

1. Meishe dismisses its claims for Unfair Competition By Misappropriation under Texas Law (fourth claim), Unjust Enrichment under Texas law (sixth claim), and Aiding and Abetting a Breach of Fiduciary Duty under Texas law (seventh claim) with prejudice;

2. This dismissal does not extend to any other claims asserted in this action.

WHEREFORE, Meishe and Defendants respectfully request that the Court enter this Stipulation as an Order of the Court.

IT IS SO STIPULATED.

Dated: February 26, 2024          CHERIAN LLP

By:  /s/ Robert M. Harkins
     Robert M. Harkins

*Attorney for Plaintiff Beijing Meishe Network Technology Co., Ltd.*

Dated: February 26, 2024

WHITE & CASE LLP

By:  /s/ Yar R. Chaikovsky
     Yar R. Chaikovsky
     yar.chaikovsky@whitecase.com

Philip Ou (259896)
philip.ou@whitecase.com
David T. Okano (278485)
david.okano@whitecase.com
Radhesh Devendran (318517)
radhesh.devendran.com

2
JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL
Case No. 3:23-cv-06012-SI

Yuhan Wang
yuhan.wang@whitecase.om
Sojung Yun
Sojung.yun@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile:      (650) 213-8158

Michael Songer
Michael.songer@whitecase.com
Anna Naydonov
anna.naydonov@whitecase.com
701 Thirteenth Street, NW
Washington, DC 2005-3807
Telephone:  (202) 626-3600
Facsimile:      (202) 639-9355

Andrew Zeve
Andrew.Zeve@whitecase.com
Jeremy Dunbar
Jeremy.Dunbar@whitecase.com
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:     (713) 496-9700
Facsimile:      (713) 496-9701

PAUL HASTINGS LLP
Andrea Roberts
andrearoberts@paulhastings.com
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:     1(650) 320-1800
Facsimile:      1(650) 320-1900

Attorneys for
TikTok, Inc., TikTok Pte., Ltd., ByteDance, Ltd. and ByteDance, Inc.

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for TikTok Inc. et al.

*/s/ Robert M. Harkins*
Robert M. Harkins

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024          By: _____
                                       Hon. Susan Illston
                                       United States District Judge