WHITE & CASE LLP
Yar R. Chaikovsky (175421)
yar.chaikovsky@whitecase.com
Philip Ou (259896)
philip.ou@whitecase.com
David T. Okano (278485)
david.okano@whitecase.com
Heather Burke (284100)
heather.burke@whitecase.com
Radhesh Devendran (318517)
radhesh.devendran@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Additional counsel listed on signature page

Attorneys for
TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd.
and ByteDance Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEIJING MEISHE TECHNOLOGY CO.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD. and BYTEDANCE INC.,<br><br>Defendants. | Case No. 3:23-cv-6012-SI<br><br>**DECLARATION OF DAVID OKANO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND AGREED PROTECTIVE ORDER**<br><br>Date: March 29, 2024<br>Time: 10:00 AM PST<br>Courtroom: Courtroom 1, 17th Floor<br>Judge: Hon. Susan Illston |

I, David Okano, declare as follow:

1. I am an active member in good standing of the bar of the State of California, and I am admitted to practice in the United States District Court for the Northern District of California. I am a partner in the law firm of White & Case LLP and counsel of record for Defendants TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. (collectively, Defendants"). I have personal knowledge of the facts set forth herein. I submit this declaration in connection with Defendants' Opposition to Plaintiff Beijing Meishe Network Technology Co., Ltd.'s ("Meishe") Motion to Amend Agreed Protective Order (the "Motion").

2. Attached as Exhibit 1 is a true and correct copy from the transcript for the case management conference held in this case on February 23, 2024.

3. Attached as Exhibit 2 is a true and correct copy of the version history of the TikTok application from the Apple app store, accessed on March 1, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2024 in Palo Alto, California.

*/s/ David Okano*

David Okano