KORULA T. CHERIAN (Bar No. 133967)
sunnyc@cherianllp.com
ROBERT M. HARKINS (Bar No. 179525)
bobh@cherianllp.com
CHERIAN LLP
2001 Addison St, Suite 275
Berkeley, CA 94704
Telephone: (510) 944-0190

STEPHANIE R. WOOD (Bar No. 242572)
stephaniew@cherianllp.com
CHERIAN LLP
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
Telephone: (945) 205-0301

THOMAS M. DUNHAM (pro hac vice)
tomd@cherianllp.com
J. MICHAEL WOODS (pro hac vice)
michaelw@cherianllp.com
ADAM A. ALLGOOD (Bar No. 295016)
adama@cherianllp.com
CHERIAN LLP
1901 L. St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

Attorneys for Plaintiff BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

BEIJING MEISHE NETWORK TECHNOLOGY CO. LTD.
Plaintiff,

v.

TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., AND BYTEDANCE INC.,

Defendants.

Case No. 23-CV-06012-SI

**DECLARATION OF J MICHAEL WOODS IN SUPPORT OF PLAINTIFF'S REPLY BRIEF FOR PLAINTIFF'S MOTION TO AMEND THE TEXAS PROTECTIVE ORDER**

Date: March 29, 2024
Time: 10:00 AM PST
Place: Courtroom 1, 17th Floor
Before: Hon. Judge Susan Illston
Trial Date: TBD

I, J. Michael Woods, hereby declare as follows:

1. I am over the age of 18 and competent to testify in this matter.

2. I am an attorney with the law firm Cherian LLP, counsel for Plaintiff Beijing Meishe Network Technology Co., Ltd. I have personal knowledge of the facts contained in this declaration.

3. Attached hereto as Exhibit O is a true and correct copy of the February 28, 2024 email from David Okano re Source Code Review.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th of March 2024, in Bel Air, MD.

J. Michael Woods