UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,

Plaintiffs,

v.

TIKTOK INC., et al.,

Defendants.

Case No. 23-cv-06012-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 15, 2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 7, 2025.

DESIGNATION OF EXPERTS: March 28, 2025; REBUTTAL: April 25, 2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 13, 2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 27, 2025;
    Opp. Due: July 18, 2025; Reply Due: August 1, 2025;
    and set for hearing no later than August 15, 2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  September 30, 2025
PRETRIAL CONFERENCE DATE: October 14, 2025 at 1:30 PM.

JURY TRIAL DATE: October 27, 2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: September 10, 2024

                                                  SUSAN ILLSTON
                                                  United States District Judge