| | |
|---|---|
| Korula T. Cherian (SBN 133697)<br>Robert M. Harkins, Jr. (SBN 179525)<br>**CHERIAN LLP**<br>2001 Addison St., Suite 275<br>Berkeley, CA 94704<br>Telephone: (510) 944-0190<br>sunnyc@cherianllp.com<br>bobh@cherianllp.com<br><br>Thomas M. Dunham (*pro hac vice*)<br>J. Michael Woods (*pro hac vice*)<br>Adam A. Allgood (SBN 295016)<br>**CHERIAN LLP**<br>1901 L St. NW, Suite 700<br>Washington, DC 20036<br>(202) 838-1560<br>tomd@cherianllp.com<br>michaelw@cherianllp.com<br>adama@cherianllp.com<br><br>Stephanie R. Wood (SBN 242572)<br>**CHERIAN LLP**<br>8350 N. Central Expressway<br>Dallas, Texas 75206<br>Phone: 945-205-0301<br><br>*Attorneys for Plaintiff Beijing Meishe Network Technology Co., Ltd.* | WHITE & CASE LLP<br>Yar R. Chaikovsky (175421)<br>yar.chaikovsky@whitecase.com<br>Philip Ou (259896)<br>philip.ou@whitecase.com<br>David T. Okano (278485)<br>david.okano@whitecase.com<br>Radhesh Devendran (318517)<br>radhesh.devendran.com<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br><br>Additional Counsel listed on Signature page<br><br>*Attorneys for Defendants TikTok Inc. et al.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK INC. ET AL.,<br>　　　　　Defendants. | Case No. 3:23-cv-06012-SI<br><br>JOINT STIPULATION RE SCHEDULE<br><br>District Judge: Hon. Susan Illston |

APPROVED

/s/ Susan Illston
Judge Susan Illston

Pursuant to the Court's direction, Plaintiff Beijing Meishe Network Technology Co., Ltd. ("Plaintiff") and Defendants TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc. (collectively "Defendants") (collectively "the Parties") by and through their undersigned counsel of record, hereby submit this joint stipulation requesting an amendment to the Court's schedule in the Pretrial Preparation Order, dated September 10, 2024 (Dkt. No. 492).

Specifically, the Parties request the changes below to the pre-trial schedule to permit the Parties to continue to work with the Special Master to resolve various discovery issues and to complete depositions. The proposed changes do not affect the trial date or any deadlines that directly affect the Court, such as dispositive motions. The Parties confirmed that the Special Master has no objection to the proposed schedule changes.

The Parties respectfully request that the Court enter an order implementing the schedule changes below:

| DEADLINE | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| NON-EXPERT DISCOVERY CUTOFF | March 7, 2025 | March 28, 2025 |
| DESIGNATION OF EXPERTS | March 28, 2025 | April 18, 2025 |
| REBUTTAL | April 25, 2025 | May 9, 2025 |
| REPLY (IF NECESSARY)[1] | May 16, 2025 | May 20, 2025 |
| EXPERT DISCOVERY CUTOFF | June 13, 2025 | unchanged |

---

[1] During the December 6, 2024 Case Management Conference, the Court confirmed that the schedule included a May 16, 2025 deadline for reply expert reports to the extent these reports are necessary. This deadline was not reflected in the Court's Pretrial Preparation Order.

1 | Dated: January 31, 2025

CHERIAN LLP

By: */s/ Robert M. Harkins*
      Robert M. Harkins

Korula T. Cherian (SBN 133697)
Robert M. Harkins, Jr. (SBN 179525)
CHERIAN LLP
2001 Addison St., Suite 275
Berkeley, CA 94704
Telephone: (510) 944-0190
sunnyc@cherianllp.com
bobh@cherianllp.com

Thomas M. Dunham (*pro hac vice*)
J. Michael Woods (*pro hac vice*)
Adam A. Allgood (SBN 295016)
CHERIAN LLP
1901 L St. NW, Suite 700
Washington, DC 20036
(202) 838-1560
tomd@cherianllp.com
michaelw@cherianllp.com
adama@cherianllp.com

Stephanie R. Wood (SBN 242572)
CHERIAN LLP
8350 N. Central Expressway
Dallas, Texas 75206
Phone: 945-205-0301


*Attorney for Plaintiff Beijing Meishe Network Technology Co., Ltd.*


WHITE & CASE LLP


By:    */s/ Yar R. Chaikovsky*
  _     Yar R. Chaikovsky
        yar.chaikovsky@whitecase.com
Philip Ou (259896)
philip.ou@whitecase.com
David T. Okano (278485)
david.okano@whitecase.com
Radhesh Devendran (318517)
radhesh.devendran.com
Yuhan Wang
yuhan.wang@whitecase.om

2

JOINT STIPULATION RE SCHEDULE
Case No. 3:23-cv-06012-SI

1
2
3
4

Sojung Yun
Sojung.yun@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

5
6
7
8

Michael Songer
Michael.songer@whitecase.com
701 Thirteenth Street, NW
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

9
10
11
12
13

Andrew Zeve
Andrew.Zeve@whitecase.com
Jeremy Dunbar
Jeremy.Dunbar@whitecase.com
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701

14
15

Attorneys for
TikTok, Inc., TikTok Pte., Ltd., ByteDance, Ltd. and ByteDance, Inc.

16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for TikTok Inc. et al.

/s/ Robert M. Harkins
Robert M. Harkins

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 31st of January 2025, with a copy of this document via the Court's EM/ECF system.

/s/ Robert M. Harkins, Jr.
Robert M. Harkins, Jr.
SBN 179525
*Attorney for Plaintiff*