UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., | Case No. 23-cv-06012-SI |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: EXPERT DISCOVERY SCHEDULING AND ALTERNATIVE DISPUTE RESOLUTION** |
| TIKTOK INC., et al., | |
| Defendants. | |

On March 21, 2025, the parties submitted a stipulation seeking the Court's approval of amended expert discovery deadlines. Dkt. No. 552. The Court approves the dates as proposed by the parties:

| | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| NON-EXPERT DISCOVERY CUTOFF | March 28, 2025 | April 11, 2025 |
| DESIGNATION OF EXPERTS | April 18, 2025 | April 25, 2025 |
| REBUTTAL | May 9, 2025 | May 23, 2025 |
| REPLY (IF NECESSARY) | May 20, 2025 | June 4, 2025 |
| EXPERT DISCOVERY CUTOFF | June 13, 2025 | June 20, 2025 |

The other pretrial dates in this case remain unchanged.

In the same joint statement, the parties noted their different preferences regarding further alternative dispute resolution for this matter. Considering the parties' preferences, and pursuant to Civil Local Rule 72-1, the Court refers this matter for random assignment to a United States

*Rev. 10-18*

1  Magistrate Judge to conduct a settlement conference by June 27, 2025, or as soon thereafter as is
2  convenient for the assigned Magistrate Judge. The parties will be advised of the date, time and place
3  of the next appearance by notice from the assigned Magistrate Judge.
4  Should the parties reach a mutual agreement as to an alternative forum, including a private
5  mediation or mediation with the assigned Special Master, the parties may inform the Court of their
6  mutually preferred alternative and the settlement conference with the Magistrate Judge may be
7  vacated.

**IT IS SO ORDERED.**

Dated: March 27, 2025

_____
SUSAN ILLSTON
United States District Judge