UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK INC., et al., <br><br> Defendants. | Case No. 23-cv-06012-SI <br><br> **ORDER RE: INCORRECTLY FILED DOCUMENT** <br><br> Re: Dkt. No. 592 |

The Court has considered defendants' Motion to Replace Incorrectly Filed Document. Defendants seek to replace their motion for sanctions originally filed at Docket Number 591 because that version had an extra page mistakenly inserted into the middle of the memorandum. The Court does not remove documents from the record and finds no reason to seal the original document but will consider the re-filed version at Docket Number 592-1 to be the operative version of defendants' motion. While Docket Number 592-1 contains redactions, an unredacted version of this motion is currently filed under seal at Docket Number 590-30.

**IT IS SO ORDERED**.

Dated: June 17, 2025

SUSAN ILLSTON
United States District Judge