# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC.,<br><br>Defendants. | Case No. 3:23-cv-06012-SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR BRIEFING AND HEARING ON COPYRIGHTABILITY |

Before the Court is the Administrative Motion for Briefing and Hearing on Copyrightability filed by Defendants TikTok Inc., TikTok Pte. Ltd., Bytedance Ltd., and Bytedance Inc. (collectively "Defendants"). Having considered the parties' motion and all materials submitted in relation thereto, and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Administrative Motion for Briefing and Hearing on Copyrightability is GRANTED; and

2. The briefing and hearing will be scheduled as follows:

| Deadline | Event |
|---|---|
| July 25, 2025 | Defendants to file an opening brief, not to exceed 25 pages, together with supporting evidence that was produced in accordance with the fact and expert discovery deadlines, on the protectable elements (assuming any exist), and the degree of protection (i.e., "broad" or "thin") applicable to those elements, in Meishe's allegedly infringed works. |
| August 8, 2025 | Meishe to file a responsive brief, not to exceed 25 pages, and supporting evidence that was produced in accordance with the fact and expert discovery deadlines. |
| August 15, 2025 | Defendants to file a reply brief, not to exceed 15 pages. |

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN. MOT. FOR BRIEFING AND HEARING ON COPYRIGHTABILITY
Case No: 3:23-cv-06012-SI

| 8/29/2025 | Hearing on the parties' motion. |
|---|---|

3. Because both parties have had the opportunity to address copyrightability in expert reports, neither side is permitted to submit with their briefs any expert opinion other than the previously-served expert reports and deposition testimony.

DATED: July 24, 2025

_____
HONORABLE SUSAN ILLSTON
United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN. MOT. FOR BRIEFING AND HEARING ON COPYRIGHTABILITY
Case No: 3:23-cv-06012-SI