| | |
|---|---|
| WHITE & CASE LLP | COVINGTON & BURLING LLP |
| Yar R. Chaikovsky (175421) | John E. Hall (118877) |
| yar.chaikovsky@whitecase.com | jhall@cov.com |
| Philip Ou (259896) | 415 Mission Street, Suite 5400 |
| philip.ou@whitecase.com | San Francisco, CA 94105 |
| David T. Okano (278485) | Telephone: (415) 591-6000 |
| david.okano@whitecase.com | Facsimile: (415) 591-6091 |
| 3000 El Camino Real | |
| 2 Palo Alto Square, Suite 900 | Kathryn E. Cahoy (298777) |
| Palo Alto, CA 94306-2109 | kcahoy@cov.com |
| Telephone: (650) 213-0300 | Kurt G. Calia (214300) |
| Facsimile: (650) 213-8158 | kcalia@cov.com |
| | 3000 El Camino Real, 10th Floor |
| Additional Counsel listed on Signature page | 5 Palo Alto Square |
| | Palo Alto, California 94306-2112 |
| *Attorneys for TikTok Inc., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc* | Telephone: (650) 632-4700 |
| | Facsimile: (650) 632-4800 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., AND BYTEDANCE INC, <br><br> Defendants. | Case No. 3:23-cv-06012-SI <br><br> **FILED UNDER SEAL** <br><br> **DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND THE COURT'S INHERENT POWER TO ISSUE SANCTIONS** <br><br> Date: August 15, 2025 <br> Time: 10:00 a.m. <br> Place: Courtroom 1, 17th Floor <br> Before: Hon. Judge Susan Illston <br> Trial Date: October 27, 2025 |

# FILED UNDER SEAL