UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC., et al.,<br><br>Defendants. | Case No. 23-cv-06012-SI<br><br>**ORDER RE: OMNIBUS SEALING PROCEDURES** |

The parties previously stipulated to a procedure to bring an omnibus sealing motion for materials attached to the briefing papers for summary judgment. Dkt. No. 616. In its subsequent order, the Court also ordered an omnibus sealing motion for the materials related to defendants' motion for sanctions. Dkt. No. 617.

For clarity and consistency, the Court now orders that all other pending and further briefing in this matter will follow the same procedures as outlined in the Court's order at Docket Number 617. This includes the briefing for the parties' *Daubert* motions, briefing on the issues of copyrightability, and any other briefing that may arise in this matter.

**IT IS SO ORDERED**.

Dated: August 11, 2025

SUSAN ILLSTON
United States District Judge