UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>TIKTOK INC., et al.,<br><br>    Defendants. | Case No. 23-cv-06012-SI<br><br>**ORDER RE: JURY INSTRUCTIONS** |

The Pretrial Preparation Order directs parties to submit pretrial paperwork by Tuesday, September 30, 2025, fourteen days in advance of the Pretrial Conference set for Tuesday, October 14, 2025 pursuant to F.R.C.P and the Local Rules of this Court. Dkt. 492. Since this is a complex case with multiple issues, the Court amends the usual deadline to prepare and file a joint set of jury instructions to three weeks in advance of the Pretrial Conference. **The parties are directed to meet, confer, and submit proposed jury instructions by Monday, September 22, 2025.** As to contested instructions, they should be included back to back, plaintiff's and then defendant's, with each party's objection to the other's version included at the end of each instruction. Lead trial counsel for each side shall review and approve the final set to be provided to the Court.

**The parties will file and send a word document of the joint instructions to the Court by Monday, September 22, 2025.**

**IT IS SO ORDERED**.

Dated: September 5, 2025

_____
SUSAN ILLSTON
United States District Judge