1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHITE & CASE LLP
Yar R. Chaikovsky (175421)
yar.chaikovsky@whitecase.com
Philip Ou (259896)
philip.ou@whitecase.com
David T. Okano (278485)
david.okano@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Additional Counsel listed on Signature page

*Attorneys for TikTok Inc., TikTok Pte. Ltd.,*
*ByteDance Ltd., and ByteDance Inc.*

COVINGTON & BURLING LLP
John E. Hall (118877)
jhall@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Kathryn E. Cahoy (298777)
kcahoy@cov.com
Kurt G. Calia (214300)
kcalia@cov.com
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

BEIJING MEISHE NETWORK
TECHNOLOGY CO., LTD.,

Plaintiff,

v.

TIKTOK INC., TIKTOK PTE. LTD.,
BYTEDANCE LTD., and BYTEDANCE INC.,

Defendants.

Case No. 3:23-cv-06012-SI

**DECLARATION OF NOREEN YEH IN SUPPORT OF JOINT OMNIBUS MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' MOTION FOR SANCTIONS; PARTIES' DAUBERT MOTIONS; AND DEFENDANTS' COPYRIGHTABILITY MOTION**

I, Noreen Yeh, declare as follows:

1.      I am an eDiscovery Analyst at TikTok Inc.  I submit this declaration in support of Defendants' request to seal the documents described below.  I am familiar with these materials, and if called as a witness, I could and would competently testify to the facts below.

2.      TikTok is an online entertainment platform that is provided in the United States by TikTok Inc. Defendants are part of the Bytedance group, with Defendants TikTok Inc., TikTok Pte. Ltd., and Bytedance Inc. indirectly owned by Defendant Bytedance Ltd.  Bytedance Ltd. is a privately held company.

3.      I understand that the Parties agreed to a Protective Order in this case that was signed by the Court on June 21, 2022.  Defendants produced documents that were designated as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code" pursuant to this Protective Order. The Protective Order says that these two categories were for documents believed not to be "generally known to others" and that have "significant competitive value such that unrestricted disclosure to others would create a substantial risk of serious injury."  "Confidential – Outside Attorneys' Eyes Only" ("OAEO") documents include those with "information that constitutes proprietary financial or technical or commercially sensitive competitive information."  "Highly Confidential – Source Code" ("HCSC") documents include those with "computer source code," including "summaries" of code.  Both OAEO and HCSC information are present in the documents described below.

4.      The redacted material Defendants move to seal generally falls into one of the following categories: (1) source code excerpts or descriptions, (2) non-public financial information, and (3) competitively sensitive information about business operations.  All of this information is highly confidential.  To the best of my knowledge, none of this material has been publicly disclosed.

5.      Disclosure of Defendants' source code would seriously harm their competitive position. The TikTok platform operates in a highly competitive market in which developers of rival platforms could use even isolated descriptions of source code to gain insight into Defendants' intellectual property.  These competitors could then use this information to alter their business strategies, reallocate resources, and emulate features that Defendants have painstakingly developed for the TikTok platform.

6.      Bytedance Ltd. and its subsidiaries are privately held companies that do not publicly disclose their financial information. Defendants' revenue figures and other financial information is highly sensitive, and if publicly disclosed, could put them at unfair disadvantage in future business negotiations and harm their existing relationships with business partners and advertisers. Analysis of this confidential business information might also give a competitor or a potential business partner unfair leverage in competing against or negotiating with Defendants.

7.      Defendants' non-public business operations are also competitively sensitive information that could not be disclosed without prejudicing their competitive position. Defendants' operations, including how Bytedance Ltd.'s operating companies conduct business, reflect Defendants' confidential business strategies. While certain high-level information about Defendants' operations may be publicly available, to the best of my knowledge the specific details discussed in the documents below are not.

8.      The portions of the documents that Defendants wish to keep sealed are narrowly tailored to maximize public access to the Court's files while also protecting Defendants' legitimate business interests. Defendants do not believe there is a less restrictive alternative to sealing.

| Document | Docket Number | Excerpt | Sealing Justification |
|---|---|---|---|
| Expert Report of Michael Shamos | Dkt. Nos. 721-9[1] (Exhibit 20, Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 630-3 (Exhibit 2, Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek)<br><br>Dkt. No. 638-2 (Exhibit 1, Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 663-3 (Exhibit 1, Meishe's Opp. to Defs' Mot. | Pages ii–vi (the headings for §§ VIII.D.1.a–c, IX.A.2.a.iii.a–e, IX.A.2.b.iii.a–e, IX.A.2.c.iii.a–e, IX.A.2.d.iii.a–e, IX.A.2.e.iii.a–e, IX.A.2.f.iii.a–e, IX.A.2.g.iii.a–e, IX.A.2.h.iii.a–e), 37–38 (the headings for §§ VIII.D.1.a–c);<br><br>¶¶ 58–59, 61, 62, 65, 71–78, 82–92, 96, 97, 100, 101;<br><br>§§ IX.A.2.a.iii, IX.A.2.b.iii, | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file this information under seal because these paragraphs contain numerous details about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |

---

[1] Originally filed as Dkt. Nos. 614-18, 615-13, but re-filed as excerpts of relevant pages.

2

| | | | |
|---|---|---|---|
| | to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 677-6 (Exhibit 5, Defs' Opp. to Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly)<br><br>Dkt. No. 675-3 (Exhibit 2, Defs' Opp. to Meishe's Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones)<br><br>Dkt. No. 628-4 (Exhibit 2, Meishe's Mot. to Strike Certain Opinions of Dr. Kevin Almeroth)<br><br>Dkt. Nos. 679-4, 680-8 (Exhibit 4, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | IX.A.2.c.iii, IX.A.2.d.iii, IX.A.2.e.iii, IX.A.2.f.iii, IX.A.2.g.iii, IX.A.2.h.iii, IX.A.3, IX.A.4 | |
| Exhibit D to Expert Report of Michael Shamos | Dkt. No. 663-7 (Exhibit 5, Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 631-3 (Exhibit 1, Meishe's Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones)<br><br>Dkt. Nos. 682-3, 685-3 (Exhibit 4D, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | First three columns of the table | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file this document under seal because it contains Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
| Exemplary Source Code Comparisons Charts Attached to the Expert Report of Michael Shamos (Exhibits E-2, F-3, | Dkt. Nos. 614-16, 615-11 (Exhibit 18, Meishe's Mot. for Summary Judgment) | Second column of the table | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file this document under seal because it contains |

| | | | |
|---|---|---|---|
| G-3 and Their Subsequent Revisions, Supplements and Addendums) | Dkt. Nos. 651-5, 652-8 through 10 (Exhibit 6, Defs' Opening Brief on Copyrightability) | | Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
| | Dkt. Nos. 651-6, 652-11 (Exhibit 7, Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 651-7, 652-12 through 14 (Exhibit 8, Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 651-8, 652-15 (Exhibit 9, Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 651-9, 652-16 through 19 (Exhibit 10, Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 651-10, 652-20 (Exhibit 11, Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 651-11, 652-21 (Exhibit 12, Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 682-4 through 11, 685-4 through 8, 686-1 through 3 (Exhibit 4E, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 683-1 through 6, 686-4 through 12 (Exhibit 4F, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | | |
| | Dkt. Nos. 683-10 through 12, 684-1 through 9, 687-1 | | |

| | through 12 (Exhibit 4G, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | | |
|---|---|---|---|
| Expert Report of Jonathan Putnam | Dkt. No. 722-1[2] (Exhibit 16, Meishe's Opp. to Defs' Mot. for Summary Judgment)<br><br>Dkt. No. 626-2 (Exhibit A, Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam)<br><br>Dkt. No. 661-3 (Exhibit 1, Meishe's Opp. to Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam)<br><br>Dkt. Nos. 639-10 (Exhibit 2, Meishe's Mot. to Strike Certain Opinions of Dr. David Teece) | §§ VI.B, VII.A, X;<br>¶¶ 13, 15, 16, 82, 87, 88, 94–100, 102, 103, 107–110, 113, 114, 117–119, 129, 132, 135, 139–140, 143;<br>All the tables and charts in Exhibit 3–5;<br>All the tables and charts in Figure 2–6 | ***Non-public financial information***<br>Compelling reasons exist to file this information under seal because these paragraphs contain confidential information about Defendants' revenues and finances. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Exhibit 3 to Expert Report of Jonathan Putnam | Dkt. No. 626-3 (Exhibit B, Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam) | Entire Document | ***Non-public financial information***<br>Compelling reasons exist to seal this document because this exhibit contains confidential information about Defendants' revenues and finances. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Expert Report of Sam Malek | Dkt. No. 630-2 (Exhibit 1, Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek) | Pages 32 (starting at § 8)–42 (until § 8.3);<br>¶¶ 40, 41, 100–121, 123;<br>Appendix A–E | ***Source code excerpts or descriptions***<br>Compelling reasons exist to file this information under seal because these paragraphs contain numerous details about |

---

[2] Originally filed as Dkt. No. 646-18, but re-filed as excerpts of relevant pages.

| | | | Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
|---|---|---|---|
| Expert Report of David Teece | Dkt. Nos. 721-7[3] (Exhibit 17, Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 661-5 (Exhibit 3, Meishe's Opp. to Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam)<br><br>Dkt. No. 633-5 (Exhibit 3, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly)<br><br>Dkt. Nos. 639-1 through 9 (Exhibit 1, Meishe's Mot. to Strike Certain Opinions of Dr. David Teece) | ¶¶ 42–48, 51–52, 57, 62–66, 107–110, 115, 117, 123, 126–128, 131, 136, 141, 144, 146, 148, 151–158, 161–164, 257, 271, 290, 405–406;<br><br>§§ 7.1, 7.2.1, 7.2.4, 7.3, 7.4.2, 7.4.3, 8.2.2.II–III, 8.2.2.IV.III, 8.3–8.6, 9, 10, 11.2, 12.3.1.II–12.3.4, 12.4, 12.5;<br><br>All the tables and charts in Exhibit 1, 2.3.1–2.3.5, 2.4–2.10.2, 4.1–4.3, 7.1–7.9, 8.2–11.5.9 | **_Non-public financial information_**<br><br>Compelling reasons exist to file this information under seal because these paragraphs contain Defendants' confidential financial information and information regarding nonpublic business operations, including user data and related revenues and metrics. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Expert Report of Kevin Almeroth | Dkt. No. 649-11 (Exhibit K, Defs' Opp. to Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 699-2 (Exhibit 1, Defs' Reply ISO Their Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 677-3 (Exhibit 2, Defs' Opp. to Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Pages 124–137;<br><br>§§ VIII.A, VIII.B, VIII.C | **_Source code excerpts or descriptions_**<br><br>Compelling reasons exist to file this information under seal because these paragraphs contain numerous details about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |

---

[3] Originally filed as Dkt. Nos. 614-15, 615-10, but re-filed as excerpts of relevant pages.

| | | | |
|---|---|---|---|
| | Dkt. No. 628-3 (Exhibit 1, Meishe's Mot. to Strike Certain Opinions of Dr. Kevin Almeroth) | | |
| Expert Report of Nigel Jones | Dkt. No. 630-6 (Exhibit 5, Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek)<br><br>Dkt. No. 638-5 (Exhibit 4, Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 677-2 (Exhibit 1, Defs' Opp. to Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly)<br><br>Dkt. No. 631-4 (Exhibit 2, Meishe's Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones)<br><br>Dkt. No. 694-4 (Exhibit 2, Meishe's Reply ISO Its Mot. to Strike Certain Opinions of Dr. Kevin Almeroth)<br><br>Dkt. Nos. 651-4, 652-7 (Exhibit 5, Defs' Opening Brief on Copyrightability)<br><br>Dkt. No. 680-12 (Exhibit 8, Meishe's Opp. to Defs' Opening Brief on Copyrightability)<br><br>Dkt. No. 716-4 (Exhibit 3, Defs' Reply ISO Their Opening Brief on Copyrightability) | § VIII;<br><br>¶¶ 1269–1271, 1274, 1278–1284, 1289–1306, 1310–1322, 1329–1332, 1334–1340, 1348–1352, 1356–1360, 1379–1393, 1422–1427, 1433–1436, 1444, 1454, 1455, 1465–1468, 1472–1473, 1477–1478, 1484–1486 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file this information under seal because these paragraphs contain numerous details about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |

| Expert Report of John P. J. Kelly | Dkt. No. 633-3 (Exhibit 1, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | §§ VII, VIII, X; ¶ 31; Exhibit D (pages 5–48), E–S | ***Source code excerpts or descriptions and Competitively sensitive information about business operations*** <br><br> Compelling reasons exist to file this information under seal because these paragraphs contain numerous details about Defendants' highly confidential source code and non-public business operations, including sensitive details about software development processes. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
|---|---|---|---|
| Reply Expert Report of Michael Shamos to Nigel Jones | Dkt. No. 680-13 (Exhibit 9, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | ¶ 29 | ***Source code excerpts or descriptions*** <br><br> Compelling reasons exist to file this information under seal because these paragraphs contain numerous details about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
| Reply Expert Report of Jonathan Putnam to David Teece | Dkt. Nos. 721-8[4] (Exhibit 19, Meishe's Mot. for Summary Judgment) <br><br> Dkt. No. 626-5 (Exhibit D, Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam) | ¶¶ 3, 4, 8, 13, 14, 17, 21–22, 38–41, 44–48, 58–61, 82–87; <br><br> All the tables and charts in Exhibit 3–5; | ***Non-public financial information*** <br><br> Compelling reasons exist to file this information under seal because these paragraphs contain confidential information about Defendants' revenues and finances. |

---

[4] Originally filed as Dkt. Nos. 614-17, 615-12, but re-filed as excerpts of relevant pages.

| | | Figure 1, Schedule B | That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
|---|---|---|---|
| | Dkt. No. 661-6 (Exhibit 4, Meishe's Opp. to Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam)<br><br>Dkt. Nos. 639-12 (Exhibit 4, Meishe's Mot. to Strike Certain Opinions of Dr. David Teece) | | |
| Exhibit 3 to Reply Expert Report of Jonathan Putnam to David Teece | Dkt. No. 626-6 (Exhibit E, Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam) | Entire Document | ***Non-public financial information***<br>Compelling reasons exist to file this Exhibit 3 under seal because it includes Defendants' highly confidential business and financial information regarding U.S. TikTok's monthly average users and Defendants' domestic and foreign revenue. This is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| 2025-06-30 Depo. Tr. of Michael Shamos | Dkt. No. 630-4 (Exhibit 3, Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek)<br><br>Dkt. No. 638-3 (Exhibit 2, Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 663-5 (Exhibit 3, Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos)<br><br>Dkt. No. 675-4 (Exhibit 3, Defs' Opp. to Meishe's Mot. | Pages 59, 62, 66–67, 113–119, 156–160, 176–179, 201–204, 215–220, 247, 249, 251–258 | ***Source code excerpts or descriptions***<br>Compelling reasons exist to file these lines under seal because they contain information about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code. |

| | | | |
|---|---|---|---|
| | to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones) | | |
| | Dkt. No. 697-4 (Exhibit 2, Meishe's Reply ISO Its Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones) | | |
| | Dkt. No. 671-2 (Exhibit 1, Defs' Opp. to Meishe's Mot. to Strike Certain Opinions of Dr. Kevin Almeroth) | | |
| | Dkt. No. 694-3 (Exhibit 1, Meishe's Reply ISO Its Mot. to Strike Certain Opinions of Dr. Kevin Almeroth) | | |
| | Dkt. Nos. 679-6, 680-14 (Exhibit 10, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | | |
| | Dkt. No. 716-2 (Exhibit 1, Defs' Reply ISO Their Opening Brief on Copyrightability) | | |
| 2025-07-01 Depo. Tr. of Michael Shamos | Dkt. No. 644-14 (Exhibit O, Defs' Mot. for Summary Judgment)<br><br>Dkt. No. 649-10 (Exhibit J, Defs' Opp. to Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 630-5 (Exhibit 4, Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek)<br><br>Dkt. No. 663-5 (Exhibit 3, Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam | Pages 372–385, 388–401, 403–410, 415–418, 428–433 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file these lines under seal because they contain information about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code. |

| | | | |
|---|---|---|---|
| | Malek) | | |
| | Dkt. No. 638-4 (Exhibit 3, Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos) | | |
| | Dkt. No. 663-4 (Exhibit 2, Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos) | | |
| | Dkt. No. 675-2 (Exhibit 1, Defs' Opp. to Meishe's Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones) | | |
| | Dkt. No. 652-4 (Exhibit 2, Defs' Opening Brief on Copyrightability) | | |
| 2025-06-30 Depo. Tr. of Sam Malek | Dkt. No. 630-7 (Exhibit 6, Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek)<br><br>Dkt. No. 663-6 (Exhibit 4, Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek) | Pages 71–73, 78–80, 175, 176, 200, 202–205, 210, 213–216, 233–237, 241–246, 250, 251 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file these lines under seal because they contain information about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code. |
| 2025-07-07 Depo. Tr. of Jonathan Putnam | Dkt. No. 626-4 (Exhibit C, Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam) | Pages 33–35, 38, 39, 46–64, 66, 73, 104–114, 132–135, 162, 163,192, 209, 210, 215–222 | ***Non-public financial information***<br><br>Compelling reasons exist to file these lines under seal because they refer to confidential financial information and confidential information about nonpublic business operations, including user |

| 2025-06-26 Depo. Tr. of John P. J. Kelly | Dkt. No. 633-4 (Exhibit 2, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Pages 45–54, 73–85, 91–93, 100–104, 107–109, 113, 124 | data and related revenues and metrics. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only."<br><br>***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file these lines under seal because they contain information about Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code. |
| 2025-07-07 Depo. Tr. of David Teece | Dkt. Nos. 639-11 (Exhibit 3, Meishe's Mot. to Strike Certain Opinions of Dr. David Teece) | Pages 32–58, 71, 72, 79, 80, 131, 135–148, 162–169 | ***Non-public financial information and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these lines under seal because they refer to confidential financial information and confidential information about nonpublic business operations, including user data and related revenues and metrics. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| 2025-07-03 Depo. Tr. of Nigel Jones | Dkt. No. 614-9 (Exhibit 7, Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 631-5 (Exhibit 3, Meishe's Mot. to Exclude Portions of the Expert Report | Pages 29, 69–78, 114–116, 122–132, 134–136 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file these lines under seal because they contain information about Defendants' highly |

| | | | |
|---|---|---|---|
| | of Defs' Expert Nigel Jones)<br><br>Dkt. No. 697-3 (Exhibit 1, Meishe's Reply ISO Its Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones)<br><br>Dkt. Nos. 679-5, 680-11 (Exhibit 7, Meishe's Opp. to Defs' Opening Brief on Copyrightability)<br><br>Dkt. No. 716-3 (Exhibit 2, Defs' Reply ISO Their Opening Brief on Copyrightability) | | confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code. |
| 2025-03-27 Depo. Tr. of Ruoshi Wang | Dkt. Nos. 721-3[5] (Exhibit 4, Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 633-7 (Exhibit 5, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Pages 189–190 | ***Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these lines under seal because they refer to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| 2025-03-26 Depo. Tr. of Youxiang Wang | Dkt. No. 633-8 (Exhibit 6, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly)<br><br>Dkt. No. 677-4 (Exhibit 3, Defs' Opp. to Meishe's Mot. | Pages 9, 110–112, 113 | ***Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these lines under seal because they refer to confidential information |

---

[5] Originally filed as Dkt. No. 614-8, but re-filed as excerpts of relevant pages.

| | | | |
|---|---|---|---|
| | to Strike Expert Report of Dr. John P. J. Kelly) | | about source code, non-public business operations, including sensitive details about software development processes, and personal information of employees of Defendants' non-party affiliate. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| BDI_00001533 | Dkt. No. 633-9 (Exhibit 7, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Entire Document | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these portions of Defendants' source code development logs ("git logs") under seal because they refer to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| BDL_00000325–336 | Dkt. No. 614-10 (Exhibit 9, Meishe's Mot. for Summary Judgment) | Entire Document[6] | ***Competitively sensitive information about business operations*** |

---

[6] The exhibit comprises of a Chinese document bearing Bates number BDL_00000295–324 and the certified English translation of a Chinese document bearing Bates number BDL_00000327–346. For the same reason, Defendants seek to seal both documents.

14

| | | | Compelling reasons exist to file these portions of the employment contract under seal because they contain confidential business information regarding the non-public business operations of Defendants' non-party affiliate, including its employment agreement, policies, and intellectual property. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
|---|---|---|---|
| BDL_00000295–326 | Dkt. No. 614-11 (Exhibit 10, Meishe's Mot. for Summary Judgment) | Entire Document | ***Competitively sensitive information about business operations*** <br><br> Compelling reasons exist to file these portions of the employment contract under seal because they contain confidential business information regarding the non-public business operations of Defendants' non-party affiliate, including its employment agreement, policies, and intellectual property, as well as personal information of the former employee. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| BDL_00000248–254 | Dkt. No. 614-12 (Exhibit 11, Meishe's Mot. for Summary Judgment) | Entire Document | ***Competitively sensitive information about business operations*** <br><br> Compelling reasons exist to file these portions of the employment contract under seal because they contain confidential business information |

15

| | | | |
|---|---|---|---|
| | | | regarding the non-public business operations of Defendants' non-party affiliate, including its employment termination agreement and personal information of a former employee. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| TTCR_00000155 | Dkt. No. 633-11 (Exhibit 9, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Entire Document | ***Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these portions of the employment contract under seal because they contain confidential business information regarding the non-public business operations of Defendants' non-party affiliate, including its employment confidentiality agreement and personal information of a former employee. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| TTCR_00000107 | Dkt. No. 633-12 (Exhibit 10, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Entire Document | ***Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these portions of the employment contract under seal because they contain confidential business information regarding the non-public business operations of Defendants' non-party affiliate, including its employment |

16

| | | | confidentiality agreement and personal information of a former employee. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
|---|---|---|---|
| TTCR_00002583–2586 | Dkt. No. 633-13 (Exhibit 11, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Entire Document | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file this communication under seal because it refers to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| TTCR_00004142 | Dkt. No. 677-5 (Exhibit 4, Defs' Opp. to Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Entire Document | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file this document, detailing the architecture of Defendants' iOS video editor, under seal because it refers to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is |

17

| | | | proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
|---|---|---|---|
| 2025-04-11 Defs' Resp. to Meishe's Common Interrogatories | Dkt. No. 721-2[7] 614-7 (Exhibit 3, Meishe's Mot. for Summary Judgment)<br><br>Dkt. No. 633-6 (Exhibit 4, Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly) | Entire Document | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to file these lines under seal because they refer to confidential information about source code, non-public business operations, including sensitive details about software development processes, and personal information of employees of Defendants' non-party affiliate. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| 2025-04-17 Exhibit D to Meishe's Resp. to Defs' Interrogatories | Dkt. Nos. 614-21, 615-14 (Exhibit 25, Meishe's Mot. for Summary Judgment) | First three columns of the table | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file this document under seal because it contains Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |

---

[7] Originally filed as Dkt. No. 614-7, but re-filed as excerpts of relevant pages.

| | | | *Source code excerpts or descriptions* |
|---|---|---|---|
| 2023-09-22 Defs' Resp. to Meishe's Common Interrogatories | Dkt. No. 614-23 (Exhibit 37, Meishe's Mot. for Summary Judgment) | Pages 5 (starting at Interrogatory No. 4), 7 | Compelling reasons exist to file this document under seal because it contains Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
| 2023-05-11 Exhibit A to Meishe's Resp. to Defs' Interrogatories | Dkt. No. 697-6 (Exhibit 3A, Meishe's Reply ISO Its Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones)<br><br>Dkt. No. 680-4 (Exhibit 1A, Meishe's Opp. to Defs' Opening Brief on Copyrightability) | Third and Fourth columns of the table | *Source code excerpts or descriptions*<br><br>Compelling reasons exist to file this document under seal because it contains Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code." |
| 2022-03-11 Declaration of Jianchao Yang ISO Defs' Mot. to Transfer | Dkt. No. 614-19 (Exhibit 21, Meishe's Mot. for Summary Judgment) | Entire Document | *Source code excerpts or descriptions and Competitively sensitive information about business operations*<br><br>This document was previously filed under seal at ECF No. 58-4. Compelling reasons exist to keep at least ¶¶ 7 and 11 under seal because this paragraph contains information regarding Defendants' highly confidential source code development and processes. The remainder of the document also describes Defendants' non-public business operations. This is proprietary and confidential information designated under the Protective Order as |

| | | | |
|---|---|---|---|
| | | | "Confidential – Outside Attorneys' Eyes Only." |
| 2022-04-29 Declaration of Nicola Raghavan ISO Defs' Mot. to Transfer | Dkt. No. 614-20 (Exhibit 22, Meishe's Mot. for Summary Judgment) | Entire Document | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>This document was previously filed under seal at ECF No. 58-3. Compelling reasons exist to keep at least ¶¶ 8-9, 12, 16, and 22 under seal because these paragraphs contain information regarding Defendants' highly confidential source code development and processes, organizational structure, and related business practices. The remainder of the document also describes Defendants' non-public business operations. The document contains proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Comparison Chart Between Modules of Meishe's Source Code and ByteDance/TikTok Source Code | Dkt. Nos. 614-22, 615-23 (Exhibit 35, Meishe's Mot. for Summary Judgment) | Second, Third and Fourth columns of the table | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to file this document under seal because it identifies file names, the name of the author and date of development for Defendants' highly confidential source code. This is proprietary and confidential information designated under the Protective Order as "Highly Confidential – Source Code. |

| | | | |
|---|---|---|---|
| Meishe's Mot. for Summary Judgment | Dkt. Nos. 614-3, 615-3 | Page 19, lines 3, 12–16, 6, 20, 25; Page 20, lines 2, 12, 17–21, 26; Page 21, line 1; Page 23, lines 1, 9–12 | ***Non-public financial information and Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it includes excerpts of Defendants' source code and refers to confidential information about Defendants' source code and finances. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Defs' Mot. for Summary Judgment | Dkt. No. 644-19 | Page 22, lines 19-20 | ***Competitively sensitive information about business operations***<br><br>This quotation is from a document that was previously filed under seal at ECF No. 58-3. Compelling reasons exist to keep this information under seal because it refers to confidential information about business operations related to the Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Defs' Opening Brief on Copyrightability | Dkt. No. 651-3 | Page 1, lines 5-6, 18 n.3; Page 6, lines 17, 19; Page 19, lines 20–28; Page 20, lines 3–6 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. |

| | | | |
|---|---|---|---|
| | | | That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Meishe's Opp. to Defs' Opening Brief on Copyrightability | Dkt. Nos. 679-3, 680-15 | Page 1, lines 6, 19, 21; Page 2, lines 2, 3 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Defs' Reply ISO Their Opening Brief on Copyrightability | Dkt. No. 716-1 | Page 11, lines 25, 26, 27; Page 12, lines 1, 3 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Defs' Opp. to Meishe's Mot. to Strike Certain | Dkt. No. 671-1 | Page 5, lines 19–22 | ***Source code excerpts or descriptions*** |

| | | | |
|---|---|---|---|
| Opinions of Dr. Kevin Almeroth | | | Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Meishe's Reply ISO Its Mot. to Strike Certain Opinions of Dr. Kevin Almeroth | Dkt. No. 694-1 | Page 6, lines 2–3 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Meishe's Mot. to Strike Certain Opinions of Dr. David Teece | Dkt. No. 639-1 | Page 12, lines 15, 28; Page 13, line 8; Page 14, lines 16–17, 19–22, 27; Page 15, lines 5–6; Page 17, lines 1–3 | ***Non-public financial information***<br><br>Compelling reasons exist to seal this information because it contains Defendants' sensitive business information, such as key financial and user metrics, which are not known to the public. This is proprietary and confidential information designated under the Protective Order as |

| | | | "Confidential – Outside Attorneys' Eyes Only." |
|---|---|---|---|
| Defs' Opp. to Meishe's Mot. to Strike Certain Opinions of Dr. David Teece | Dkt. No. 673-1 | Page 5, lines 26–28; Page 6, footnote 6; Page 7, footnote 8; Page 9, line 28; Page 10, lines 1–2, 15–18;Page 11, lines 17–20 | ***Non-public financial information and Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it contains Defendants' sensitive business information, such as key financial and user metrics, as well as references to Defendants' non-public and proprietary source code related to audio and video editing. This is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Meishe's Reply ISO Its Mot. to Strike Certain Opinions of Dr. David Teece | Dkt. No. 704-1 | Page 7, lines 19–20 | ***Non-public financial information***<br><br>Compelling reasons exist to seal this information because it contains Defendants' sensitive business information, such as key financial and user metrics, which are not known to the public.  This is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Meishe's Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones | Dkt. No. 631-1 | Page 6, line 6; Page 14, lines 27–28; Page 15, line 1, 6–28; Page 16, lines 1–6, 9–10 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is |

24

| | | | proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
|---|---|---|---|
| Defs' Opp. to Meishe's Mot. to Exclude Portions of the Expert Report of Defs' Expert Nigel Jones | Dkt. No. 675-1 | Page 1, lines 9, 14; Page 5, line 16; Page 6, lines 2–4, 6, 12–15 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly | Dkt. No. 633-1 | Page 1, lines 9, 10, 12–15; Page 3, lines 23–25; Page 5, lines 5–7, 9, 14, 15, 19, 21, 22; Page 6, lines 7, 8, 14–18, 25, 26; Page 7, lines 6–16, 19–22; Page 8, lines 1–5, 7, 9–19, 22–26, footnote 3; Page 9, lines 1–12, 14–16, 25, 26; Page 10, lines 3–11, 14–17, 25, 26; Page 11, lines 1, 4–6, 13–17 | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to seal this information because it refers to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |

| | | | |
|---|---|---|---|
| Defs' Opp. to Meishe's Mot. to Strike Expert Report of Dr. John P. J. Kelly | Dkt. No. 677-1 | Page 3, lines 5, 6, 22; Page 4, lines 1, 3, 8, 9; Page 5, lines 10, 13–22; Page 8, lines 10, 11, 13, 14, 20; Page 9, lines 10, 17, 18, 21; Page 10, line 20; Page 11, lines 9, 17, 18; Page 12, lines 16, 17, 18, 20, 21, 22, 23, footnote 6; Page 13, lines 4, 7–10, 13, 15–17, 21; Page 14, lines 14, 15, 18–22, footnote 7; Page 16, lines 1, 2, 4, 8; Page 17, lines 1–7 | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to seal this information because it refers to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Meishe's Reply ISO Its Mot. to Strike Expert Report of Dr. John P. J. Kelly | Dkt. No. 700-1 | Page 1, lines 20, 21; Page 3, lines 11, 13, 21; Page 4, line 28; Page 5, lines 1–14, 26–28; Page 6, lines 1–3, 26–28; Page 7, lines 1–9, 19–22, 24–25; Page 8, lines 8, 9 , 11, 12; Page 9, lines 18, 19, 21 | ***Source code excerpts or descriptions and Competitively sensitive information about business operations***<br><br>Compelling reasons exist to seal this information because it refers to confidential information about source code and non-public business operations, including sensitive details about software development processes. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam | Dkt. No. 626-1 | Page 1, line 15, footnote 1; Page 2, lines 8, 9, 10, 15, 16, 20; Page 3, lines 14–22; Page | ***Non-public financial information***<br><br>Compelling reasons exist to seal this information because it contains |

| | | | |
|---|---|---|---|
| | | 4, line 12; Page 6, lines 5–8, 22–25, footnote 3 | Defendants' sensitive business information, such as key financial and user metrics, which are not known to the public.  This is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Meishe's Opp. to Defs' Mot. to Exclude the Opinions of Dr. Jonathan Putnam | Dkt. No. 661-1 | Page 2, lines 19–20; Page 3, lines 14–15, footnote 2; Page 5, 9–10, 13–14, footnote 3; Page 6, lines 9, 22; Page 8, lines 22, 26 | ***Non-public financial information***<br><br>Compelling reasons exist to seal this information because it contains Defendants' sensitive business information, such as key financial and user metrics, which are not known to the public.  This is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Defs' Reply ISO Their Mot. to Exclude the Opinions of Dr. Jonathan Putnam | Dkt. No. 693-1 | Page 1, lines 14–15, 23; Page 3, footnote 1; Page 4, line 6 | ***Non-public financial information***<br><br>Compelling reasons exist to seal this information because it contains Defendants' sensitive business information, such as key financial and user metrics, which are not known to the public.  This is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only." |
| Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos | Dkt. No. 638-1 | Page 1, lines 19–26; Page 2, lines 20, 21–28; Page 3, lines 1, 4–12, 14–16 | ***Source code excerpts or descriptions***<br><br>Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of |

| | | | |
|---|---|---|---|
| | | | Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos | Dkt. No. 663-1 | Page 5, lines 3, 5, 6, 7, 8, 10–26; Page 6, lines 5–8; Page 13, lines 1–4, 6–13 | ***Source code excerpts or descriptions*** <br><br> Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| Defs' Reply ISO Their Mot. to Exclude and/or Strike the Expert Opinions and Testimony of Dr. Michael Shamos | Dkt. No. 699-1 | Page 1, lines 14, 17; Page 4, lines 1, 9, 21, 23, 25, 26 | ***Source code excerpts or descriptions*** <br><br> Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |

| | | | **Source code excerpts or descriptions** |
|---|---|---|---|
| Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek | Dkt. No. 630-1 | Page 4, lines 27, 28; Page 5, lines 1–3; Page 7, lines 7–9; Page 8, lines 9–13 | Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| | | | **Source code excerpts or descriptions** |
| Meishe's Opp. to Defs' Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek | Dkt. No. 666-1 | Page 4, line 2 | Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
| | | | **Source code excerpts or descriptions** |
| Defs' Reply ISO Their Mot. to Exclude and/or Strike the Expert Opinions of Dr. Sam Malek | Dkt. No. 691-1 | Page 4, lines 13, 14; Page 5, line 19; Page 7, lines 3, 4, 8 | Compelling reasons exist to seal this information because it describes the results of expert's quantitative analysis of Defendants' source code, and contains excerpts of Defendants' source code. That information is proprietary and confidential information |

29

| | | | designated under the Protective Order as "Confidential – Outside Attorneys' Eyes Only" or "Highly Confidential – Source Code." |
|---|---|---|---|

DECLARATION OF NOREEN YEH ISO JOINT OMNIBUS
MOTION TO SEAL

CASE NO. 3:23-cv-06012-SI

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on September
2  9, 2025.

3
4                                                                        Noreen Yeh
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28