UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK INC., et al., <br><br> Defendants. | Case No. 23-cv-06012-SI <br><br> **ORDER REGARDING AMENDED JOINT OMNIBUS MOTION TO SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DEFENDANTS' MOTION FOR SANCTIONS; PARTIES' DAUBERT MOTIONS; AND DEFENDANTS' COPYRIGHTABILITY MOTION** <br><br> Re: Dkt. No. 747 |

The parties have filed an Amended Joint Omnibus Motion to Seal in Connection with Parties' Motions for Summary Judgment, Defendants' Motion for Sanctions, Parties' *Daubert* Motions, and Defendants' Copyrightability motion. Dkt. No. 747. Upon consideration of the Parties' Amended Joint Omnibus Motion to Seal, including Amended Appendix A, the declarations submitted in support of the motion, and all arguments by counsel, the Court finds that compelling reasons exist to seal each of the documents or portions of documents identified therein. The Court therefore **GRANTS** the parties' amended joint omnibus motion to seal.[1]

**IT IS SO ORDERED**.

Dated: November 21, 2025

SUSAN ILLSTON
United States District Judge

---

[1] This order resolves all prior administrative motions to seal. Dkt. Nos. 568, 569, 571, 574, 581, 582, 586, 601, 602, 605, 614, 615, 626, 628, 630, 631, 633, 635, 638, 639, 641, 644, 646, 649, 651, 652, 656, 659, 661, 663, 666, 667, 671, 673, 675, 677, 679, 680, 691, 693, 694, 697, 699, 700, 702, 704, 706, 716, 735.